AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

v.

Reynolds E. Moulton

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12262 RWZ

TO: (Name and address of Defendant)

Reynolds E. Moulton
64 Wachusett Road
Needham, MA 02492

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

NOV 14 2003
DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.
April 9, 2004

I hereby certify and return that on 2/7/2004 at 11:55:00 AM I served a true and attested copy of the Summons, Complaint and Cover Sheet and Corporate Disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Reynolds E. Moulton, , 180 Green Street 2nd Floor Jamaica Plain, MA 02130 and by mailing 1st class to the above address on 2/7/2004. In the service hereof it was necessary and I actually used a motor vehicle 8 miles. Basic Service Fee (LU) ($20.00), U.S. District Court Fee ($5.00), Conveyance ($2.40), Travel ($5.12), Postage and Handling ($3.00), Attest/Copies ($10.00) Total Charges $45.52

Deputy Sheriff Arthur Isberg

_____
Deputy Sheriff